IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE L. JOHNSON,

    Petitioner,

v.                                    CASE NO. 4:10cv295-SPM/WCS

WALTER McNEIL,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 12) dated October 6, 2010. Petitioner has filed objections (doc. 18) pursuant to Title 28, United States Code, Section 636(b)(1). Despite the objections, I have determined that the report and recommendation should be adopted.

As explained in the report and recommendation, the petition is untimely even if based on newly discovered evidence because the evidence was discovered in November of 2008 and Petitioner did not file this petition until more than one year afterward. Petitioner has not demonstrated from the newly discovered evidence (see doc. 1, ex. N) that he is actually innocent.

Accordingly, it is ORDERED as follows:

1.   The magistrate judge's report and recommendation (doc. 12) is ADOPTED and incorporated by reference in this order.

2.   The 2254 petition (doc. 1) is summarily dismissed as untimely.

3..   No certificate of appealability will be issued because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

DONE AND ORDERED this 11th day of January, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge